OPINION — AG — ** BOUNTY — WOLVES — CLAIMS — APPROPRIATION ** QUESTION: MAY CLAIMS FOR BOUNTY FOR WOLVES, COYOTES AND BOBCATS KILLED BETWEEN NOW (APRIL 30, 1948) AND JUNE 30, 1948, BE FILED IN THE OFFICE OF THE STATE EXAMINER AND INSPECTOR AND PAID FROM FUNDS BECOMING AVAILABLE JULY 1, 1948 ? — AFFIRMATIVE (ARTICLE X, SECTION 23 ?) (APPROPRIATION, COUNTY, BOUNTY) CITE: 4 O.S. 28.2 [4-28.2] (MAINARD KENNERLY)